STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org
GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Counsel for Plaintiffs*

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and LOS PADRES FORESTWATCH, | Civ. No. 2:15-cv-04378-MWF/JEM |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | Date: n/a |
| UNITED STATES BUREAU OF LAND MANAGEMENT, et al., | Time: n/a<br>Place: n/a<br>Judge: Hon. Michael W. Fitzgerald |
| Defendants. | |

Pursuant to the Stipulation of Dismissal and Settlement Agreement filed by the Parties on May 3, 2017, this matter is hereby dismissed with prejudice. The Court shall retain jurisdiction of this matter solely for the purposes of resolving any application for attorneys' fees and costs filed by Plaintiffs and determining compliance with the Settlement Agreement. The Court's jurisdiction shall end when Plaintiffs' application for attorneys' fees and costs is resolved or when the Settlement Agreement terminates, whichever comes later. *See Kokkonen v. Guardian Life Ins.*

*Co. of Am.*, 511 U.S. 375 (1994).  The further case management conference currently on scheduled for May 15, 2017, is vacated.

IT IS SO ORDERED.

Dated: May 3, 2017

_____
Hon. Michael W. Fitzgerald
United States District Court Judge