JEFFREY BOSSERT CLARK
Assistant Attorney General
Environment and Natural Resources Division
CLARE M. BORONOW
clare.boronow@usdoj.gov
Trial Attorney, Admitted to the Maryland Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
T: (303) 844-1362 / F: (303) 844-1350

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and LOS PADRES FORESTWATCH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Civ. No. 2:15-cv-04378-MWF/JEM<br><br>**DEFENDANTS' STATUS REPORT REGARDING PROCEEDINGS ON REMAND**<br><br>Judge: Hon. Michael W. Fitzgerald |

Per the Parties' Settlement Agreement, Defendants hereby submit their quarterly written report regarding the status of proceedings on remand in this case. *See* ECF No. 42-2 at 2.

1

2:15-cv-04378; Defs.' Status Report Regarding Proceedings on Remand

On May 3, 2017, this Court dismissed the case pursuant to the Parties' Stipulation of Dismissal and Settlement Agreement. ECF No. 43. As part of the Settlement Agreement, the Bureau of Land Management ("BLM") agreed to prepare appropriate National Environmental Policy Act ("NEPA") documentation to address the deficiencies identified by the Court in its Order granting in part and denying in part Plaintiffs' and Defendants' cross-motions for summary judgment. ECF No. 42-2 at 2. BLM also agreed to make best efforts to post the cover page of any application for permit to drill ("APD") in the Bakersfield decision area within three days of receipt. *Id.*

Since filing its last status report on August 3, 2018, BLM has continued to post the cover pages of APDs submitted to the Bakersfield Field Office within three working days of receipt on the agency's e-Planning website: https://eplanning.blm.gov/epl-front-office/eplanning/nepa/nepa_register.do. BLM has continued to wait at least 30 days after posting the cover page on the ePlanning website before approving an APD. BLM also posts records regarding APDs at https://reports.blm.gov/. This website allows users to identify pending APDs and review the status of APDs nationwide.

Also since its last status report, BLM published in the Federal Register on August 8, 2018 a Notice of Intent for Potential Amendment to the Resource Management Plan for the Bakersfield Field Office, California, and to Prepare an Associated Supplemental Environmental Impact Statement. 83 Fed. Reg. 39116 (Aug. 8, 2018). The Notice of Intent initiated a 30-day public scoping process during which BLM solicited public comment on relevant issues to be addressed in a supplemental environmental impact statement ("SEIS") for the planning area. *Id.* Based on the comments received during the public scoping process, the NEPA

2

2:15-cv-04378; Defs.' Status Report Regarding Proceedings on Remand

contractor selected to assist in the preparation of the SEIS has prepared a draft Public Scoping Analysis.  BLM anticipates publishing the final Public Scoping Analysis before the end of 2018.

The BLM Bakersfield Field Office anticipates publishing the draft SEIS in the Federal Register for public review and comment in the second or third quarter of fiscal year 2019.  BLM will notice public meetings during the comment period to allow additional opportunities for comment on the draft SEIS.  Those meetings will likely be held at locations in the Central Valley and Central Coast of California within the planning area.

Respectfully submitted this 5th day of November, 2018.

        JEFFREY BOSSERT CLARK
        Assistant Attorney General
        Environment and Natural Resources Division

        */s/ Clare M. Boronow*
        CLARE M. BORONOW
        clare.boronow@usdoj.gov
        Trial Attorney, Admitted to the Maryland Bar
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        999 18th Street
        South Terrace, Suite 370
        Denver, CO 80202
        T: (303) 844-1362 / F: (303) 844-1350

        *Counsel for Defendants*

3

2:15-cv-04378; Defs.' Status Report Regarding Proceedings on Remand