JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
CLARE M. BORONOW
clare.boronow@usdoj.gov
Trial Attorney, Admitted to the Maryland Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
T: (303) 844-1362 / F: (303) 844-1350

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and LOS PADRES FORESTWATCH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Civ. No. 2:15-cv-04378-MWF/JEM<br><br>**DEFENDANTS' STATUS REPORT REGARDING PROCEEDINGS ON REMAND**<br><br>Judge: Hon. Michael W. Fitzgerald |

Per the Parties' Settlement Agreement, Defendants hereby submit their quarterly written report regarding the status of proceedings on remand in this case. *See* ECF No. 42-2 at 2.

1

2:15-cv-04378; Defs.' Status Report Regarding Proceedings on Remand

On May 3, 2017, this Court dismissed the case pursuant to the Parties' Stipulation of Dismissal and Settlement Agreement.  ECF No. 43.  As part of the Settlement Agreement, the Bureau of Land Management ("BLM") agreed to prepare appropriate National Environmental Policy Act ("NEPA") documentation to address the deficiencies identified by the Court in its Order granting in part and denying in part Plaintiffs' and Defendants' cross-motions for summary judgment.  ECF No. 42-2 at 2.  BLM also agreed to make best efforts to post the cover page of any application for permit to drill ("APD") in the Bakersfield decision area within three days of receipt.  *Id.*

Since filing its last status report on February 4, 2019, BLM has continued to post the cover pages of APDs submitted to the Bakersfield Field Office within three working days of receipt on the agency's e-Planning website: https://eplanning.blm.gov/epl-front-office/eplanning/nepa/nepa_register.do.  BLM has continued to wait at least 30 days after posting the cover page on the ePlanning website before approving an APD.  BLM also posts records regarding APDs at https://reports.blm.gov/.  This website allows users to identify pending APDs and review the status of APDs nationwide.

Also since the last status report, BLM completed the Bakersfield Field Office Hydraulic Fracturing Draft Supplemental Environmental Impact Statement ("Draft SEIS").  On April 26, 2019, the BLM Bakersfield Field Office published the Draft SEIS for a 45-day public review and comment period.  *See* 84 Fed. Reg. 17885 (Apr. 26, 2019) (Notice of Availability of Draft SEIS).  The Draft SEIS can be accessed online at https://go.usa.gov/xE3Nw.  BLM will notice public meetings during the comment period to allow additional opportunities for comment on the Draft SEIS.

Currently, meetings are scheduled for May 21, 2019 in Bakersfield, May 22, 2019 in San Luis Obispo, and May 23, 2019 in Santa Barbara from 6 to 8 pm PT.

Respectfully submitted this 3rd day of May, 2019.

> JEAN E. WILLIAMS
> Deputy Assistant Attorney General
> Environment and Natural Resources Division
>
> */s/ Clare M. Boronow*
> CLARE M. BORONOW
> clare.boronow@usdoj.gov
> Trial Attorney, Admitted to the Maryland Bar
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 999 18th Street
> South Terrace, Suite 370
> Denver, CO 80202
> T: (303) 844-1362 / F: (303) 844-1350
>
> *Counsel for Defendants*